No. 12-15-00080-CV

# IN THE COURT OF APPEALS
## FOR THE TWELFTH SUPREME JUDICIAL DISTRICT
### OF TEXAS

## IN THE MATTER OF THE MARRIAGE OF EDSEL AMOS DIXON AND HEATHER D. DIXON AND IN THE INTEREST OF ASHLEY LYNN DIXON, A CHILD

On Appeal from the
354th Judicial District Court
of Rains County, Texas
In Cause No. 9544

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 3 1 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

## AMENDED REQUEST TO POSTPONE ALL APPEAL DEADLINES

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES EDSEL AMOS DIXON, Appellant herein, and files this Request to postpone all appeal deadlines and would show the Court as follows:

1. On May 8th, 2015 Appellant received the attached Exhibit "A" from the Rains County District Clerk in regards to Cause No. 9544. The Notice Of Jury Docket Setting sets the above referenced case on the Court's jury trial docket for January 19th, 2016 at 9:00am.

2. The setting of the above referenced case for Jury trial is a clear indication that the final judgment signed on January 23, 2015 was in fact not final. All issues and claims have not been decided, therefore said judgment signed on January 23, 2015 was not a final judgment or order, therefore making this appeal a prematurely filed appeal.

3. Appellant would respectfully request pursuant to Tex. R. App. P. 27.1.(a) and 27.2. that this court accept this appeal as being prematurely filed and that all deadlines for this appeal be postponed and restarted, holding in reserve all fees currently paid, pending a Amended Notice of Appeal being filed pursuant to the Texas Rules of Appellate Procedure after a FINAL judgment of all issues has been signed.

4. This Request is not made for delay, but rather so that Appellant may have the opportunity to appeal all **FINAL** orders or judgments decided in this cause number if necessary.

Wherefore premises considered, Appellant requests that this Court grant the requested relief above, restarting this appeal, pending a Amended Notice of Appeal being filed after a final judgment of all issues has been reached.

Respectfully Submitted,

Edsel Amos Dixon
Pro Se Litigant
732 Weddle Dr.
Grapevine, TX 76051
682-301-0592
eddixon903@gmail.com

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Appellant has conferred or has made a reasonable attempt to confer with all parties to this appeal. Robert L. Roberts does **NOT** oppose the relief sought in this motion via telephone conference held on 7/27/2015. Mr Henry C. Black, attorney for Heather Dixon, would not return multiple telephone calls made to his office on 7/27/2015, therefore indicating the Attorney Mr Henry C. Black holds no position on this motion.

Edsel A Dixon

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing was mailed to Robert L. Roberts, 1260 RS County Road 1310, Point, Texas 75472 and Mr. Henry C. Black, 2510 Lee Street, Greenville, Texas 75402.

Edsel A Dixon